UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| **ROLLIN SMALL,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 1:12-cv-236-GZS |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| **ACTING COMMSSIONER OF** | ) | |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant | ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 30, 2013, his Recommended Decision (ECF No. 22). Plaintiff filed his Objection to the Recommended Decision (ECF No. 23) on April 16, 2013. The Government filed its Response to Plaintiff's Objection to the Recommended Decision (ECF No. 24) on May 3, 2013.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.       It is **ORDERED** that the decision of the Commissioner is hereby **AFFIRMED**.

                                     /s/ George Z. Singal
                                     United States District Judge

Dated this 8th day of May, 2013.